ACCEPTED
15-24-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 10:09 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 10:09:07 PM
CHRISTOPHER A. PRINE
Clerk

LEHOTSKY KELLER COHN LLP

7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
Andrew B. Davis
andrew@lkcfirm.com

November 13, 2025

**VIA E-FILE**

Christopher R. Prine
Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

      RE:    *AIRW 2017-7, LP, et al. v. City of Georgetown, Texas*, No. 15-24-00132

Dear Mr. Prine:

The above matter is set for oral argument on November 20, 2025. Appellants intend to divide the allotted 20-minute oral argument time as follows: first, Jacob C. Beach for the Texas Commission on Environmental Quality (9 minutes), and second, Andrew B. Davis for AIRW 2017-7, LP (6 minutes), with 5 minutes reserved for rebuttal (to be presented by Andrew B. Davis).

                    Respectfully submitted,

/s/ *Jacob C. Breach*
Jacob C. Beach
Assistant Solicitor General
Office of the Texas Attorney General
Jacob.Beach@oag.texas.gov
*Counsel for Texas Commission on Environmental Water Quality*

/s/ *Andrew B. Davis*
Andrew B. Davis
LEHOTSKY KELLER COHN LLP
andrew@lkcfirm.com
*Counsel for Appellants AIRW 2017-7, L.P.; 600 Westinghouse Investments, LLC; 800 Westinghouse Investments, LLC*

cc: All Counsel of Record (via efile)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Davis on behalf of Andrew Davis
Bar No. 24082898
andrew@lehotskykeller.com
Envelope ID: 108041683
Filing Code Description: Letter
Filing Description: Appellants OA Notice
Status as of 11/14/2025 7:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patricia Carls | 3813425 | tcarls@tcarlslaw.com | 11/13/2025 10:09:07 PM | SENT |
| William Thompson | 24088531 | will@lkcfirm.com | 11/13/2025 10:09:07 PM | SENT |
| Edmond McCarthy | 13367200 | ed@ermlawfirm.com | 11/13/2025 10:09:07 PM | SENT |
| William Faulk | 24075674 | cfaulk@spencerfane.com | 11/13/2025 10:09:07 PM | SENT |
| John Carlton | 3817600 | john@carltonlawaustin.com | 11/13/2025 10:09:07 PM | SENT |
| Michael Parsons | 24079109 | michael@carltonlawaustin.com | 11/13/2025 10:09:07 PM | SENT |
| Carlota Hopinks-Baul | 24094039 | chbaul@spencerfane.com | 11/13/2025 10:09:07 PM | SENT |
| Helen Gilbert | 786263 | hgilbert@bartonbensonjones.com | 11/13/2025 10:09:07 PM | SENT |
| Kellie E.Billings-Ray | | Kellie.Billings-Ray@oag.texas.gov | 11/13/2025 10:09:07 PM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 11/13/2025 10:09:07 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 11/13/2025 10:09:07 PM | SENT |
| Erin  K.Snody | | Erin.Snody@oag.texas.gov | 11/13/2025 10:09:07 PM | ERROR |
| Maris Chambers | | MChambers@spencerfane.com | 11/13/2025 10:09:07 PM | SENT |
| Andrew Davis | | andrew@lkcfirm.com | 11/13/2025 10:09:07 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 11/13/2025 10:09:07 PM | SENT |
| John Carlton | | john@carltonlawfirm.com | 11/13/2025 10:09:07 PM | ERROR |
| Kelli Carlton | | kelli@carltonlawfirm.com | 11/13/2025 10:09:07 PM | ERROR |
| Erin Selvera | | erin@carltonlawfirm.com | 11/13/2025 10:09:07 PM | ERROR |
| Yahaira De Lara | | ydelara@bartonbensonjones.com | 11/13/2025 10:09:07 PM | SENT |
| Jennifer Jamison | | jennifer.jamison@tceq.texas.gov | 11/13/2025 10:09:07 PM | ERROR |
| Bobby Salehi | | bobby.salehi@tceq.texas.gov | 11/13/2025 10:09:07 PM | ERROR |
| Evan Greene | | evan.greene@oag.texas.gov | 11/13/2025 10:09:07 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Davis on behalf of Andrew Davis
Bar No. 24082898
andrew@lehotskykeller.com
Envelope ID: 108041683
Filing Code Description: Letter
Filing Description: Appellants OA Notice
Status as of 11/14/2025 7:14 AM CST

Case Contacts

| Evan Greene | | evan.greene@oag.texas.gov | 11/13/2025 10:09:07 PM | SENT |
| Michael Cotton | | michael@lkcfirm.com | 11/13/2025 10:09:07 PM | ERROR |
| Skye Masson | | Skye.Masson@georgetowntexas.gov | 11/13/2025 10:09:07 PM | SENT |
| Kelsey Parker | | kparker@spencerfane.com | 11/13/2025 10:09:07 PM | SENT |